# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-60302

_____

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2020

Lyle W. Cayce
Clerk

CONSUMER FINANCIAL PROTECTION BUREAU,

        Plaintiff - Appellee

v.

ALL AMERICAN CHECK CASHING, INCORPORATED; MID-STATE
FINANCE, INCORPORATED; MICHAEL E. GRAY, Individually,

        Defendants - Appellants

_____

Appeal from the United States District Court
for the Southern District of Mississippi

_____

(Opinion March 3, 2020, 5 Cir., 2020, 2020 WL 1026927)

Before OWEN, Chief Judge, JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, DUNCAN, ENGELHARDT, and OLDHAM, Circuit Judges.[1]

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. Pursuant to 5th Cir. R. 41.3, the panel opinion in this case dated March 3, 2020, is vacated.

---

[1] Judge Ho is recused and did not participate in this decision.